# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN MOHAMMAD;<br>VALENTINA OBRADOVIC,<br><br>            Plaintiffs,<br><br>  v.<br><br>VERNON DUNCAN,<br>Acting District Director,<br>U.S. Citizenship and Immigration<br>Services, et al.,<br><br>            Defendants. | No. 06-cv-2421-BTM (NLS)<br>[A70 500 532]<br>[A70 500 533]<br><br><br><br><br>ORDER |

      The provisions set forth in the Joint Motion filed by the parties in this case are approved and so ordered. Plaintiff Valentina Obradovic is hereby dismissed from this case without prejudice.

      **It is so ordered.**

DATED: January 16, 2007

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge