# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN MOHAMMAD; [A70 500 532]<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL M. PIERRE, District Director, U.S. Citizenship and Immigration Services, et al.,<br>　　　　　　Defendants. | No. 06-cv-2421-BTM (NLS)<br><br><br>ORDER |

The provisions set forth in the Joint Motion to Dismiss filed by the parties in this case are approved and so ordered. This case is hereby dismissed without prejudice and with leave to amend the complaint within sixty days of the date of this order.

**It is so ordered.**

DATED: April 19, 2007

　　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge